IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| B/E AEROSPACE, INC., | § | |
| | § | |
| *Plaintiff*, | § | Case No. 2:16-CV-01417-JRG-RSP |
| | § | |
| v. | § | |
| | § | |
| ZODIAC AEROSPACE, et al., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on April 17, 2017 (Dkt. No. 150) recommending that B/E Aerospace, Inc's ("B/E") Motion for Preliminary Injunction (Dkt. No. 25) be denied. Having considered the objections filed by B/E (Dkt. No. 162) and finding them to be without sufficient merit, and after a de novo review, the Report and Recommendation is ADOPTED. B/E's Motion for Preliminary Injunction (Dkt. No. 14) is DENIED.[1]

**So ORDERED and SIGNED this 2nd day of May, 2017.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

[1] B/E's objections suggest that "unaddressed facts and arguments it presented were accepted in the R&R." Dkt. No. 162 at 1. The Court disagrees. The findings and conclusions of law made by the Report and Recommendation and adopted herein are limited to those expressly described in the Report and Recommendation.